# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ARELLANO OROPEZA,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM BANK, F.S.B., et al.,<br><br>Defendants. | Case No.17-cv-06920-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. Absent any notice from the parties as provided above, the matter will be deemed dismissed with prejudice after 90 days.

Dated: January 31, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge